|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 | FILED<br>CLERK, U.S. DISTRICT COURT<br>APR - 3 2008<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 08-00817-M |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| STEVEN ELMS, | ) | Probation/Supervised Release |
| | ) | Conditions) |
| Defendant. | ) | |

On arrest warrant issued by the United States District Court for the  _EDCA_  involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A.  ( ✓ ) the appearance of defendant as required; and/or

    B.  ( ✓ ) the safety of any person or the community.

    The Court concludes:

    A.  ( ✓ ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he can abide by cond of sup release_

B. (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he can abide by cond. of release_

IT IS ORDERED defendant be detained.

DATED: April 3, 2008

_Carolyn Turchin_
CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE